## No. 5731.

### JOHN ROY vs. JAMES D. HILL.

A contractor to put a stranded vessel afloat, who procures money from another to carry out his enterprise on the assurance that the sum thus obtained is ample, and thus a wide margin is left for profit, must bear the loss if it turns out that his estimates are erroneous, and the sum thus advanced, as well as large advances that followed, consume the whole of the contract price. He is a guarantor of the correctness of his representations, reliance upon which induced the advances.

APPEAL from the Sixth District Court of New Orleans. SAUCIER, J.

*B. Egan* for Plaintiff Appellant. *Forman* for Defendant.

DE BLANC, J., delivered the opinion affirming the judgment.